ACCEPTED
14-14-00625-cv
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
3/5/2015 4:21:22 PM
CHRISTOPHER PRINE
CLERK

NO. 14-14-00625-CV

IN THE
COURT OF APPEALS
FOR THE
FOURTEENTH DISTRICT OF TEXAS

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
3/5/2015 4:21:22 PM
CHRISTOPHER A. PRINE
Clerk

ALFREDO HERNANDEZ,
Appellant

*vs.*

GOVERNMENT EMPLOYEES INSURANCE COMPANY,
Appellee

## APPELLANT'S MOTION TO DISMISS APPEAL

TO THE HONORABLE FOURTEENTH COURT OF APPEALS:

Appellant, Alfredo Hernandez ("Hernandez"), moves to dismiss this appeal as all matters in dispute between the parties in this lawsuit have been settled. Appellee/Plaintiff Government Employees Insurance Company has agreed to dismiss all claims it has asserted against Defendant/Appellant Hernandez arising out of an accident which occurred in Houston, Harris County, Texas on May 14, 2013, which is the subject of this lawsuit. Appellant therefore moves that the court dismiss this appeal.

Respectfully submitted,

RAMEY, CHANDLER, QUINN & ZITO, P.C.

By: ___/s/ *Steven D. Naumann*_____
      Steven D. Naumann
      State Bar No. 14826200
      RAMEY, CHANDLER, QUINN & ZITO, P.C.
      One Bering Park
      750 Bering, Suite 600
      Houston, Texas 77057
      Telephone:  (713) 266-0074
      Facsimile:  (713) 266-1064
      sdn@ramey-chandler.com
      COUNSEL FOR APPELLANTS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of foregoing has been served upon all counsel of record, in accordance with the rules on this ____5th____ day of ____March_____, 2015, as follows:

Roxana M. Robertson
Javitch, Block & Rathbone, LLC
275 W. Campbell, Suite 450
Richardson, Texas 75080
***Counsel for Appellee***

       /s/ *Steven D. Naumann*_____
       Steven D. Naumann

2